Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff DUSTIN ANDERSEN

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
SERENA NICHOLS (SBN 341458)
snichols@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614 7400
Facsimile:   +1 650 614 7401

Attorneys for Defendants VIATOR, INC. and DELAWARE VIATOR, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ANDERSEN on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>VIATOR, INC.; DELAWARE VIATOR, INC.,<br><br>Defendants. | Case No: 5:25-cv-01532-FLA-AJR<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff DUSTIN ANDERSEN and Defendants VIATOR, INC. and DELAWARE VIATOR, INC. (collectively, the "Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates, including Defendants' September 8, 2025, deadline to respond to the First Amended Complaint, with the expectation that the settlement will be consummated within ninety (90) days, allowing for a Joint Stipulation for Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: August 27, 2025          NATHAN & ASSOCIATES, APC


By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: August 27, 2025          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ Jacob M. Heath
Jacob M. Heath
Serena Nichols
1000 Marsh Road
Menlo Park, CA 94025-1015
E-Mail: jheath@orrick.com
          snichols@orrick.com

*Attorneys for Defendants*

2

JOINT NOTICE OF SETTLEMENT

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: August 27, 2025

By: /s/ Reuben D. Nathan
Reuben D. Nathan

3